IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| OSCAR DAVIS, § § *Plaintiff,* § § VS. § § TEXAS PROPERTY AND CASUALTY § INSURANCE GUARANTY § ASSOCIATION, § § *Defendant.* § | CIVIL ACTION NO. 1:22-CV-00292 JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Plaintiff's Rule 41(a) Voluntary Notice of Voluntary Dismissal Without Prejudice. [Dkt. 15]. Plaintiff is seeking to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**, and the Parties shall bear their own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 12th day of December, 2023.**

*[signature]*
Michael J. Truncale
United States District Judge